## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **PANHANDLE EASTERN** | ) | |
| **PIPE LINE COMPANY, LP,** | ) | |
| | ) | |
| **Petitioner** | ) | |
| | ) | **CASE NO. 23-1220** |
| **v.** | ) | |
| | ) | |
| **FEDERAL ENERGY REGULATORY** | ) | |
| **COMMISSION,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## PETITION FOR REVIEW

Pursuant to Section 19(b) of the Natural Gas Act, 15 U.S.C. § 717r(b), Rule 15(a) of the Federal Rules of Appellate Procedure and Circuit Rule 15, Panhandle Eastern Pipe Line Company, LP (Panhandle) petitions for review of the following orders issued by the Federal Energy Regulatory Commission (Commission), Respondent:

1. <u>Panhandle Eastern Pipe Line Company, LP and Southwest Gas Storage Company</u>, Docket Nos. RP19-78-008, RP19-78-009, RP19-1523-000, and RP19-257-005 (consolidated), "Order Accepting Compliance," 183 FERC ¶ 61,148 (May 26, 2023); and

2. <u>Panhandle Eastern Pipe Line Company, LP and Southwest Gas Storage Company</u>, Docket Nos. RP19-78-011, RP19-1523-012 and RP19-257-012, "Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration," 184 FERC ¶ 62,054 (July 27, 2023).

Copies of the orders are attached to this filing as Attachment A. In the July 27, 2023 order, the Commission stated that Panhandle's June 26, 2023 Request for Rehearing of the May 26, 2023 order may be deemed to have been denied. Panhandle is thereby aggrieved by the Commission's actions therein and entitled to seek review before this Court.

Respectfully submitted,

PANHANDLE EASTERN
PIPE LINE COMPANY, LP

/s/ Thomas E. Knight

Kevin Erwin
Associate General Counsel
Panhandle Eastern Pipe Line
Company, LP
1300 Main Street
Houston, TX 77002
Telephone: (713) 989-2745
kevin.erwin@energytransfer.com

Thomas E. Knight
Jennifer Brough
Steve Stojic
Locke Lord LLP
701 8th Street, N.W., Suite 500
Washington, DC 20001
Telephone: (202) 220-6922
Facsimile: (202) 220-6945
tknight@lockelord.com
jbrough@lockelord.com
steve.stojic@lockelord.com

*Counsel for Petitioner*

Dated:     August 15, 2023
           Washington, DC

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **PANHANDLE EASTERN** ) | |
| **PIPE LINE COMPANY, LP,** ) | |
| ) | |
| **Petitioner** ) | |
| ) | **CASE NO. _____** |
| **v.** ) | |
| ) | |
| **FEDERAL ENERGY REGULATORY** ) | |
| **COMMISSION,** ) | |
| ) | |
| **Respondent.** ) | |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, Panhandle Eastern Pipe Line Company, LP makes the following disclosures:

1. Panhandle Eastern Pipe Line Company, LP (Panhandle) is a limited partnership organized and existing under the laws of the state of Delaware and has its principal place of business at 1300 Main Street, Houston, Texas 77002. Panhandle is a natural gas company that is primarily engaged in the business of transporting natural gas in interstate commerce under authorizations granted by and subject to the jurisdiction of the Federal Energy Regulatory Commission.

2. Southern Union Panhandle LLC, an indirect wholly-owned subsidiary of Energy Transfer LP, owns a 1% general partner interest in Panhandle. Energy

1

Transfer Interstate Holdings, LLC, an indirect wholly-owned subsidiary of Energy Transfer LP, owns a 99% limited partnership interest in Panhandle and a 100% membership interest in Southern Union Panhandle LLC. Energy Transfer LP is a publicly traded master limited partnership (NYSE: ET).

Respectfully submitted,

PANHANDLE EASTERN
PIPE LINE COMPANY, LP

/s/ Thomas E. Knight

| | |
|---|---|
| Kevin Erwin | Thomas E. Knight |
| Associate General Counsel | Jennifer Brough |
| Panhandle Eastern Pipe Line | Steve Stojic |
| Company, LP | Locke Lord LLP |
| 1300 Main Street | 701 8th Street, N.W., Suite 500 |
| Houston, TX 77002 | Washington, DC 20001 |
| Telephone: (713) 989-2745 | Telephone: (202) 220-6922 |
| kevin.erwin@energytransfer.com | Facsimile: (202) 220-6945 |
| | tknight@lockelord.com |
| | jbrough@lockelord.com |
| | steve.stojic@lockelord.com |

*Counsel for Petitioner*

Dated:     August 15, 2023
          Washington, DC

# CERTIFICATE OF SERVICE

I certify that on August 15, 2023 I served a copy of the foregoing document in accordance with the Federal Rules of Appellate Procedure and the Circuit Rules upon the Solicitor of the Federal Energy Regulatory Commission, 888 First Street NE, Washington, DC 20426 and the Secretary of the Federal Energy Regulatory Commission, 888 First Street NE, Washington, DC 20426 and by U.S. Mail to the parties listed below.

Respectfully submitted,
/s/ Jennifer Brough
Jennifer Brough

| Party | Served On |
|---|---|
| American Forest & Paper Association | Andrea Chambers<br>DLA Piper<br>500 8th Street NW<br>Washington, DC 20004 |
| Anadarko Energy Services Company | Chris Barnett<br>Anadarko Energy Services Company<br>1200 Timberloch Place<br>The Woodlands, Texas 77380 |

| Party | Served On |
|---|---|
| Ameren Illinois Company | Regina Y. Speed-Bost<br>200 Massachusetts Ave NW Floor 7<br>Washington, DC 20001<br><br>Barbara Jost<br>Davis Wright Tremaine LLP<br>1301 K Street NW<br>Suite 500 East<br>Washington, DC 20005<br><br>David B. Hennen<br>Managing Associate General Counsel<br>Ameren Services Company<br>1901 Chouteau<br>MC 1310<br>St. Louis, Missouri 63103<br><br>Kenneth C. Dothage<br>Director, Gas Supply<br>Vonda Seckler<br>Managing Executive Gas Supply<br>Ameren Illinois Company<br>PO Box 66149<br>Saint Louis, Missouri 06149<br><br>Jamie Simler<br>Senior Director, Federal<br>Regulatory Affairs<br>Ameren Services Company<br>1331 Pennsylvania Avenue, NW<br>Washington, DC 20004 |
| Ameren Missouri | Jamie Loomis<br>Manager, Gas Supply<br>Ameren Missouri<br>1901 Chouteau Avenue<br>St. Louis, MO 6310 |

| Party | Served On |
|---|---|
| Archer Daniels Midland Company | Kelly Daly<br>Snell & Wilmer<br>400 East Van Buren Street<br>Suite 1900<br>Phoenix, AZ 85004 |
| Atmos Energy Corporation | James Jeffries<br>McGuireWoods, LLP<br>201 North Tryon Street, Suite 3000<br>Charlotte, North Carolina 28202<br><br>Kevin C. Frank<br>Attorney<br>Atmos Energy Corporation<br>5430 LBJ Freeway 1800<br>1800 Three Lincoln Centre<br>Dallas, Texas 75240 |
| Black Hills Utility Holdings, Inc. | Christina L. Ellis<br>Black Hills Utility Holdings, Inc.<br>1102 E. 1st Street<br>Papillion, Nebraska 68046 |
| Board of Directors for Utilities of the Department of Public Utilities of the City of Indianapolis d/b/a Citizens Energy Group | James Byrd<br>McCarter & English, LLP<br>1301 K Street N.W.<br>Suite 1000 West<br>Washington, DC 20005 |
| BP Canada Energy Marketing Corp. | Christopher Heywood<br>Senior Legal Counsel<br>BP Energy Company<br>201 Helios Way<br>Houston, TX 77079 |

| Party | Served On |
|---|---|
| CenterPoint Energy Resources Corp. | Debra Ann Palmer<br>Counsel<br>Reed Smith LLP<br>1301 K Street, NW<br>Suite 1000 -- East Tower<br>Washington, DC 20005 |
| CenterPoint Energy Services, Inc. | Donna Poresky<br>Symmetry Energy Solutions, LLC<br>1111 Louisiana St. B-241<br>Houston, TX 77002 |
| Chevron Natural Gas | Brett Snyder<br>Mark Richard Haskell<br>Lamiya Rahman<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br><br>Charles R. Cook<br>Chevron USA Inc.<br>1500 Louisiana Street<br>3rd Floor<br>Houston, Texas 77002 |
| Columbia Gas of Ohio, Inc. | Deepak A. Raval<br>Federal Energy Specialist<br>NiSource Distribution Companies<br>290 W Nationwide Blvd<br>Columbus, Ohio 43215 |

| Party | Served On |
|---|---|
| Concord Energy LLC | Gordon Smith<br>John & Hengerer<br>1730 Rhode Island Avenue, N.W.<br>Suite 600<br>Washington, DC 20036<br><br>Stephen T. Tsai<br>Concord Energy LLC<br>1401 17th Street<br>Suite 1500<br>Denver, Colorado 80202 |
| Consumers Energy Company | Deborah Moss<br>Principal Attorney<br>Consumers Energy Company<br>1730 Rhode Island Ave., N.W.<br>Suite 1007<br>Washington, DC 20036 |
| DCP Midstream, LP | Stephen Van Hooser<br>DCP Midstream, LLC<br>370 17th St<br>Suite 2500<br>Denver, CO 80202 |
| Direct Energy Business Marketing, LLC | Brett Snyder<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403 |
| DTE Gas Company | Lauren DuVal Donofrio<br>Timothy Krysinski<br>DTE Gas Company<br>One Energy Plaza, 1635 WCB<br>Detroit, Michigan 48226 |

| Party | Served On |
|---|---|
| Duke Energy Indiana, LLC and Duke Energy Carolinas, LLC | James Jeffries<br>McGuireWoods, LLP<br>201 North Tryon Street, Suite 3000<br>Charlotte, North Carolina 28202 |
| EQT Energy, LLC | Barbara Jost<br>Davis Wright Tremaine LLP<br>1301 K Street NW<br>Suite 500 East<br>Washington, DC 20005 |
| Exelon Corporation | Susan Bergles<br>Exelon BSC Legal Services<br>1310 Point Street - 8th Floor<br>Baltimore, Maryland 21231<br><br>Christopher A. Wilson<br>Director, Federal Regulatory<br>Exelon Corporation<br>101 Constitution Ave, NW<br>Suite 400E<br>Washington, DC 20001 |
| Federal Energy Regulatory Commission | Alec Swafford<br>Keino Young<br>Commission Staff Counsel<br>888 First Street NE, AL-2.2<br>WDC 32-09<br>Washington, DC 20426 |
| Indiana Gas Company, Inc. d/b/a Vectren Energy Delivery of Indiana, Inc. | Phillip Stephenson<br>Vectren Corporation<br>One Vectren Square<br>211 N.W. Riverside Drive<br>Evansville, Indiana 47708 |

| Party | Served On |
|---|---|
| Interstate Gas Supply, Inc. | Gordon Smith<br>John & Hengerer<br>1730 Rhode Island Avenue, N.W.<br>Suite 600<br>Washington, DC 20036<br><br>Joseph Oliker<br>Interstate Gas Supply, Inc.<br>6100 Emerald Parkway<br>Dublin, Ohio 43016 |
| Kansas Gas Service, A Division of ONE Gas, Inc. | Judy Y. Jenkins Hitchye<br>Managing Attorney<br>Kansas Gas Service, A Division of ONE Gas, Inc.<br>7421 W. 129th Street<br>Overland Park, Kansas 66213<br><br>Kelly A. Daly<br>Snell & Wilmer<br>400 East Van Buren Street<br>Suite 1900<br>Phoenix, Arizona 85004 |
| Koch Energy Services, LLC | John M Wingate<br>Koch Companies Public Sector, LLC<br>4111 East 37th Street North<br>Wichita, KS 67220 |
| Macquarie Energy LLC | Michael Yuffee<br>Baker Botts<br>700 K Street, NW<br>Washington, DC 20001<br><br>Kevin J. Pooler<br>Macquarie Energy LLC<br>500 Dallas Street<br>Level 31<br>Houston, Texas 77002 |

| Party | Served On |
|---|---|
| Michigan Gas Utilities | Conor Ward<br>Jennifer K. Polinski<br>C.K. Milliken<br>WEC Energy Group, Inc.<br>231 W. Michigan Street - A292<br>Milwaukee, Wisconsin 53203 |
| Michigan Public Service Commission | David D'Alessandro<br>Marie D. Zosa<br>Stinson LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006<br><br>Spencer A Sattler<br>Assistant Attorney General<br>Michigan Attorney General<br>7109 W. Saginaw Hwy.<br>3rd Floor<br>Lansing, Michigan 48917 |
| MIECO Inc. | Gordon Smith<br>John & Hengerer<br>1730 Rhode Island Avenue, N.W.<br>Suite 600<br>Washington, DC 20036 |

| Party | Served On |
|---|---|
| Missouri Public Service Commission | John D. Borgmeyer<br>Rodney P. Massman<br>Missouri Public Service Commission<br>200 Madison Street<br>Jefferson City, Missouri 65102<br><br>Stephen Pearson<br>Attorney<br>Spiegel & McDiarmid LLP<br>1875 Eye St, NW<br>Suite 700<br>Washington, DC 20006 |
| Municipal Gas Commission of Missouri | Stephen Pearson<br>Attorney<br>Spiegel & McDiarmid LLP<br>1875 Eye St, NW<br>Suite 700<br>Washington, DC 20006<br><br>Douglas Healy<br>3010 E. Battlefield<br>Suite A<br>Springfield, MO 6580 |
| NJR Energy Services Company | William Scharfenberg<br>NJR Service Corporation<br>PO Box 1415<br>Wall, New Jersey 07719<br><br>Timothy F. Shea<br>NJR Energy Services Company<br>1415 Wyckoff Rd<br>Wall, New Jersey 07719 |

| Party | Served On |
|---|---|
| Northern Illinois Gas d/b/a Nicor Gas Company | Elizabeth Wade<br>Southern Company Gas<br>Ten Peachtree Place NE<br>Atlanta, GA 30309 |
| Northern Indiana Public Service Company LLC | Bryan Likins<br>Bryan Little<br>Northern Indiana Public Service Company<br>150 West Market Street<br>Suite 600<br>Indianapolis, Indiana 46204 |
| Nucor Steel – Crawfordsville | Damon Xenopoulos<br>Principal<br>Stone Mattheis Xenopoulos & Brew, PC<br>1025 Thomas Jefferson Street NW<br>Washington, DC 20007 |

| Party | Served On |
|---|---|
| Panhandle Municipal Defense Group<br><br>(Village of Franklin, IL; City of Fulton, MO; City of Pittsfield, IL; Village of Pleasant Hill, IL; Village of Riverton, IL; Village of Rossville, IL; Village of Waverly, IL; City of Auburn, IL; Town of Bainbridge, IN; Village of Divernon, IL; City of Hermann, MO; Town of Lapel, IN; City of Macon, MO; Montgomery City, MO; Village of Morton, IL; Village of Pawnee, IL; Town of Pittsboro, IN; Town of Roachdale, IN; City of White Hall, IL; and City of Winchester, IL) | Joseph Fagan<br>Sophia Browning<br>Day Pitney LLP<br>555 11th St NW<br>Washington, 20004<br><br>Carl Fink<br>Principal<br>Blue Planet Energy Law, LLC<br>628 SW Chestnut Street<br>Portland, Oregon 97219 |
| PCS Nitrogen Fertilizer, L.P. | Joel Greene<br>Andrea Sarmentero<br>Jennings, Strouss & Salmon, P.L.C.<br>1350 I Street, NW<br>Suite 810<br>Washington, DC 20005 |
| POET Ethanol Products | Rob Anderson<br>POET Ethanol Products<br>3939 N Webb Road<br>Wichita, KS 67226 |

| Party | Served On |
|---|---|
| Process Gas Consumers Group | Andrea Chambers<br>DLA Piper<br>500 8th Street NW<br>Washington, DC 20004 |
| Range Resources-Appalachia LLC | John Paul Floom<br>Floom Energy Law PLLC<br>5877 Washington Blvd.<br>P.O. Box 50606<br>Arlington, VA 22205 |
| SEMCO Energy Gas Company | Neil Levy<br>McDermott Will & Emery LLP<br>500 North Capitol Street, NW<br>Washington, DC 20001 |
| Sequent Energy Management, L.P. | Gordon Smith<br>John & Hengerer<br>1730 Rhode Island Avenue, N.W.<br>Suite 600<br>Washington, DC 20036<br><br>Mark Christensen<br>1200 Smith Street, Suite 900<br>Houston, Texas 77002 |

| Party | Served On |
|-------|-----------|
| Shell Energy North America (US), L.P. | Brett Snyder<br>Mark Richard Haskell<br>Lamiya Rahman<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br><br>Amy Gold<br>General Manager<br>Shell Energy North America (US), L.P.<br>909 Fannin<br>Plaza Level 1<br>Houston, Texas 77010 |
| Southern Indiana Gas and Electric Company, d/b/a Vectren Energy Delivery of Indiana, Inc. | Phillip Stephenson<br>Vectren Corporation<br>One Vectren Square<br>211 N.W. Riverside Drive<br>Evansville, Indiana 47708 |
| Southwest Energy, L.P. | Gordon Smith<br>John & Hengerer<br>1730 Rhode Island Avenue, N.W.<br>Suite 600<br>Washington, DC 20036<br><br>Darren Edwards<br>VP Finance & Credit<br>Southwest Energy, LP<br>3100 Timmons<br>Suite 225<br>Houston, Texas 77027 |
| Spire Missouri Inc. | David Abernathy<br>700 Market Street, 6th Floor<br>St. Louis, MO  63101 |

| Party | Served On |
|---|---|
| Steel Dynamics, Inc. | Damon Xenopoulos<br>Principal<br>Stone Mattheis Xenopoulos & Brew, PC<br>1025 Thomas Jefferson Street NW<br>Washington, DC 20007 |
| Tenaska Marketing Ventures | Gordon Smith<br>John & Hengerer<br>1730 Rhode Island Avenue, N.W.<br>Suite 600<br>Washington, DC 20036<br><br>Tomasz Lange<br>Tenaska Marketing Ventures<br>14302 FNB Parkway<br>Omaha, Nebraska 68154 |
| Union Electric Company d/b/a Ameren Missouri | Barbara Jost<br>Davis Wright Tremaine LLP<br>1301 K Street NW<br>Suite 500 East<br>Washington, DC 20005 |

| Party | Served On |
|---|---|
| United States Steel Corporation | Joseph Fagan<br>Day Pitney LLP<br>555 11th Street NW<br>Washington, DC 20004<br><br>David A. Stoner<br>Madison King<br>United States Steel Corporation<br>600 Grant Street<br>RM 2028<br>Pittsburgh, Pennsylvania 15219<br><br>Carl Fink<br>Principal<br>Blue Planet Energy Law, LLC<br>628 SW Chestnut Street<br>Portland, Oregon 97219 |
| Vectren Energy Delivery of Ohio, Inc. | Phillip Stephenson<br>Vectren Corporation<br>One Vectren Square<br>211 N.W. Riverside Drive<br>Evansville, Indiana 47708 |
| World Fuel Services, Inc. | Robert Fallon<br>Christina Switzer<br>Engelman Fallon, PLLC<br>1717 K Street, NW<br>Suite 900<br>Washington, DC 20006<br><br>Leonid A. Budyonny<br>VP & Associate General Counsel<br>World Fuel Services, Inc.<br>9800 NW 41st Street<br>Miami, Florida 33178 |

| Party | Served On |
|---|---|
| XTO Energy, Inc. | Brett Snyder<br>Mark Richard Haskell<br>Lamiya Rahman<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br><br>Chris Russo<br>XTO Energy, Inc.<br>2277 Springwoods Village Parkway<br>Spring, Texas 77389 |

**ATTACHMENT A – FERC ORDERS**

183 FERC ¶ 61,148
UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Before Commissioners:   Willie L. Phillips, Acting Chairman;
                        James P. Danly, Allison Clements,
                        and Mark C. Christie.

| | | |
|---|---|---|
| Panhandle Eastern Pipe Line Company, LP | Docket Nos. | RP19-78-008 |
| | | RP19-78-009 |
| | | RP19-1523-000 |
| Southwest Gas Storage Company | | RP19-257-005 |
| | | (consolidated) |

ORDER ACCEPTING COMPLIANCE

(Issued May 26, 2023)

1.      On February 14, 2023, Panhandle Eastern Pipe Line Company, LP (Panhandle) submitted a filing (Compliance Filing), which includes *pro forma* tariff records with recalculated rates in compliance with the directives of Opinion No. 885.[1]  On February 27, 2023, Panhandle submitted a correction to the Compliance Filing (Corrected Compliance Filing).

2.      As discussed below, we accept Panhandle's Compliance Filing and Corrected Compliance Filing, and direct Panhandle to file actual tariff records within 30 days of the date of this order, with an effective date of March 1, 2020.

I.      **Background**

3.      On January 16, 2019, the Commission initiated an investigation of Panhandle's rates under Natural Gas Act (NGA) section 5 in Docket No. RP19-78-000.[2]  On August 30, 2019, in Docket No. RP19-1523-000, Panhandle filed revised tariff records pursuant to NGA section 4 seeking to increase its rates, eliminate certain rate schedules, and make various other changes to the general terms and conditions of its tariff, effective October 1, 2019.  On September 30, 2019, the Commission accepted and suspended the tariff records, effective March 1, 2020, subject to refund and established hearing

---

[1] *Panhandle E. Pipe Line Co., LP*, Opinion No. 885, 181 FERC ¶ 61,211 (2022).

[2] *Panhandle E. Pipe Line Co., LP*, 166 FERC ¶ 61,032 (2019).

procedures and technical conference.[3]  On October 1, 2019, the Chief Judge consolidated Panhandle's NGA section 4 and section 5 proceedings.[4]  On March 26, 2021, the Administrative Law Judge issued an Initial Decision.[5]

4.    On December 16, 2022, the Commission issued Opinion No. 885 which partially affirmed and partially reversed the findings of the Initial Decision.[6]  The Commission required Panhandle to submit a compliance filing consistent with the findings in Opinion No. 885 and to recalculate Panhandle's rates accordingly.[7]

## II.    Compliance Filings

5.    Panhandle filed *pro forma* tariff records with recalculated rates and provided workpapers for each of the adjustments as required by Opinion No. 885.  Among the adjustments, Panhandle removed amounts related to Accumulated Deferred Income Tax (ADIT) and Excess Deferred Income Tax (EDIT) from the equity component of its capital structure.  Panhandle further restored the EDIT balance to Account No. 254, which will be amortized in rates.  Additionally, Panhandle adjusted the annualized level of storage costs in its rates associated with certain storage contracts, including substituting the lower costs of the DTE/Washington 10 storage offer for the Houston Pipe Line Company Bammel Storage (Bammel Storage) agreement and related Trunkline Gas Company, LLC (Trunkline) transportation agreement.  Panhandle also adjusted the billing determinants, gas allocation factors and storage allocation factors.

6.    Subsequently, Panhandle filed its Corrected Compliance Filing that recalculated the *pro forma* tariff records with rates to exclude Contract No. 19414 from the discount adjustment, consistent with the directives of Opinion No. 885.[8]  Further, on April 12,

---

[3] *Panhandle E. Pipe Line Co., LP*, 168 FERC ¶ 61,208 (2019).  The order also denied Panhandle's motion to terminate its NGA section 5 proceeding established by the Commission in Docket No. RP19-78-000 and granted Panhandle's motion to consolidate the Southwest Gas Storage Company contract issue in Docket No. RP19-257-000 with Panhandle's NGA section 4 proceeding.  *Id.*

[4] Order of Chief Judge Consolidating Proceedings, Docket Nos. RP19-78-000, RP19-78-001, RP19-1523-000, RP19-257-005 (Oct. 1, 2019).

[5] *Panhandle E. Pipe Line Co., LP*, 174 FERC ¶ 63,026 (2021) (Initial Decision).

[6] Opinion No. 885, 181 FERC ¶ 61,211.

[7] *Id.* at ordering paras. (B)-(C).

[8] *Id.* PP 245-256.

2023, Commission staff issued data requests to Panhandle regarding certain cost-of-service adjustments and overrun volumes. Panhandle submitted its responses on April 17, 2023, affirming each cost-of-service adjustment and correcting the overrun billing determinants, which did not affect the recalculated rates.

### III.    Notice and Responsive Pleadings

7.     Public notices of Panhandle's filings were issued on February 14, 2023, and February 27, 2023, respectively. Protests were due as provided in section 154.210 of the Commission's regulations.[9]  On February 27, 2023, Panhandle Municipal Defense Group (PMDG)[10] filed a protest, and Ameren Illinois Company and Union Electric Company d/b/a Ameren Missouri (collectively, Ameren Companies) and Nucor Steel-Crawfordsville and Steel Dynamics, Inc. filed comments.

8.     On March 13, 2023, Panhandle filed an answer to the protest and comments. On March 28, 2023, PMDG filed a motion for leave to answer and limited answer, and on April 11, 2023, Panhandle filed a motion for leave to answer and answer. Rule 213(a)(2) of the Commission's Rules of Practice and Procedure[11] prohibits an answer to a protest or an answer unless otherwise ordered by the decisional authority. We will accept the answers because they have provided information that assisted us in our decision-making process.

9.     PMDG and Ameren Companies argue that Panhandle's Compliance Filing does not fully comply with certain directives in Opinion No. 885. First, PMDG and Ameren Companies state that Panhandle went beyond the directives of Opinion No. 885 when Panhandle added $375 million to the equity component of the capital structure that Panhandle states reflects the reversal of a dividend payment to Panhandle's parent company.[12]  Second, PMDG argues that Panhandle did not restore the full EDIT amount

---

[9] 18 C.F.R. § 154.210 (2022).

[10] PMDG is a coalition of twenty municipalities and towns, located in Illinois, Indiana and Missouri, that are natural gas transportation customers of Panhandle. The coalition is comprised of: the Village of Franklin, IL; the City of Fulton, MO; the City of Pittsfield, IL; the Village of Pleasant Hill, IL; the Village of Riverton, IL; the Village of Rossville, IL; the Village of Waverly, IL; the City of Auburn, IL; the Town of Bainbridge, IL; the Village of Divernon, IL; the City of Hermann, MO; the Town of Lapel, IN; the City of Macon, MO; Montgomery City, MO; the Village of Morton, IL; the Village of Pawnee, IL; the Town of Pittsboro, IN; the Town of Roachdale, IN; the City of White Hall, IL; and the City of Winchester, IL.

[11] 18 C.F.R. § 385.213(a)(2).

[12] In its answer, PMDG reiterates that nothing in the record indicates that the $375

to rate base as required by Opinion No. 885.  Third, PMDG argues that Panhandle improperly adjusted the storage costs for the Bammel Storage and Trunkline agreements. Finally, Ameren Companies argue that Panhandle's current gas allocation factors and storage cost allocation factors do not include the correct billing determinants reflected in the Compliance Filing.  Further, to the extent the Corrected Compliance Filing does not resolve removal of Contract No. 19414 from the discount adjustment, Ameren Companies request Panhandle further correct its Corrected Compliance Filing.

10.     In its answers, Panhandle states that its filings comply with Opinion No. 885.[13] Among other things, Panhandle explains that there is a direct relationship between the dividend that was subtracted from the equity component subsequent to the addition of ADIT and EDIT to the equity component.  Without reversing the $375 million dividend in the equity component of the capital structure, Panhandle states that ADIT and EDIT amounts are improperly removed twice from the equity component.[14]  Moreover, Panhandle states that the Compliance Filing restored the amount of EDIT consistent with the finding in Opinion No. 885.[15]  Panhandle also states that the billing determinants, gas allocation factors and storage allocation factors, and storage costs related to the Bammel Storage and Trunkline agreements are correct as shown in the Corrected Compliance Filing.

## IV.    **Discussion**

11.     We find that Panhandle's recalculated rates, as reflected in Panhandle's Compliance Filing and Corrected Compliance Filing are consistent with the directives in Opinion No. 885.  Below, we discuss issues related to capital structure, rate base, Bammel Storage and Trunkline costs, and various additional issues raised by Ameren Companies.

---

million dividend payment is directly related to the addition of ADIT and EDIT amounts to the equity component of Panhandle's capital structure.

[13] Panhandle March 13, 2023 Answer at 1; Panhandle April 11, 2023 Answer at 1.

[14] Panhandle March 13, 2023 Answer at 5; Panhandle April 11, 2023 Answer at 6.

[15] In its April 11, 2023 Answer, Panhandle also states that as it was a tax paying entity when the initial EDIT regulatory liability was established, a tax gross up amount of $59.4 million was included in the calculation.  Once Panhandle became a non-tax paying entity, thereby eliminating the income tax allowance, the gross up was unnecessary. Once non-jurisdictional cost-of-service items were removed and the tax gross up was eliminated, an EDIT balance of $139.2 million was created on Panhandle's books as of December 31, 2017.

### A.    **Capital Structure**

12.    We are unpersuaded by PMDG's and Ameren Companies' arguments that Panhandle's addition of the $375 million dividend to the equity component of its capital structure is outside the scope of the Commission's directives in Opinion No. 885.[16]  As explained by Panhandle, the dividend reversal is necessarily related to the holdings in Opinion No. 885.[17]  Panhandle issued the dividend to its parent in connection with the addition of certain sums to the equity component following its July 2019 restructuring.[18]  Now that the Commission has found those sums should never have been added to the equity component,[19] it is appropriate for Panhandle to reverse the dividend on compliance for purposes of determining a capital structure in this case.

### B.    **Rate Base**

13.    We find unavailing PMDG's argument that Panhandle did not restore the full EDIT amount to rate base as required by Opinion No. 885.  According to PMDG, Panhandle restored only $139.2 million to rate base, even though the Compliance Filing shows that as of July 2019, Panhandle wrote off approximately $203.1 million of EDIT.[20]  Although Panhandle's Compliance Filing shows a June 2019 balance of $203.1 million,

---

[16] Ameren Companies Comments at 3 (citing 18 C.F.R. § 154.203(b)); PMDG Protest at 3-5 (citing 18 C.F.R. § 154.203(b)).  The equity ratio was 63.29% after the $375 million dividend rather than the 68.08% equity ratio that would have existed without the $375 million dividend.  *See* Ex. PE-0001, Statement F, page 1.

[17] Panhandle March 13, 2023 Answer at 2-6; Panhandle April 11, 2023 Answer at 2-6.

[18] In its July 2019 restructuring to become a master limited partnership, Panhandle eliminated its ADIT and EDIT balances.  As a result, Panhandle added $623 million to the equity component of its capital structure which reflected sums previously treated as ADIT and EDIT.  Ex. PE-0001 at Statement F-2, page 2.  Shortly thereafter given the additional sums in the equity component, in August 2019, Panhandle made a dividend of $375 million to its parent company.  *Id.* (showing the subtraction of $375 million from the equity component).

[19] Opinion No. 885, 181 FERC ¶ 61,211 at PP 97-99.  Specifically, the Commission restored the EDIT balances, and thus sums associated with EDIT should not be treated as equity in capital structure.  *Id.* P 99.  The Commission also concluded that because ADIT was completely eliminated from the cost of service, the sums previously associated with ADIT should not be included in the capital structure.  *Id.* P 98.

[20] Compliance Filing at app. 4, Schedule B-2.

Opinion No. 885 accepted Trial Staff's calculation of $139.2 million for the EDIT balance, as it includes only the amounts in the regulatory liability that are associated with Panhandle's FERC jurisdictional cost of service.[21]  Upon review of Panhandle's Compliance Filing, we find that Panhandle restored the correct EDIT balance to the regulatory liability credited to Panhandle's rate base.[22]

### C.    Bammel Storage and Truckline Costs

14.    Contrary to PMDG's assertions, we find that Panhandle's adjustment for the Bammel Storage and Trunkline costs complies with Opinion No. 885.  PMDG states that the Compliance Filing improperly added expenses to the test period for the Bammel Storage and Trunkline agreements, when Panhandle should have used the lower costs of the DTE/Washington 10 storage offer.[23]  Specifically, PMDG asserts that while Panhandle made a downward adjustment of $1.3 million to the Trunkline transportation contract,[24] it made an upward adjustment of $1.7 million to the Bammel Storage agreement.[25]  However, Panhandle's Compliance Filing provides that the test period expenses for the Bammel Storage agreement represent only seven months of expenses and that the upward adjustment of $1.7 million exists to increase the test period amount

---

[21] Ex. S-0001 at 61-62, Ex. S-0087 at 70-73.  The Commission found that Panhandle's EDIT was appropriately maintained as a regulatory liability in Account No. 254 to be amortized to shippers pursuant to a Commission-approved ratemaking method.  Opinion No. 885, 181 FERC ¶ 61,211 at P 90.  As the Commission explained: "Panhandle's EDIT was created by a specific Congressional act: a federal income tax rate reduction.  Panhandle was organized as a corporate tax paying entity on January 1, 2018, and on the date that the tax rate reduction of 35 percent to 21 percent from the Tax Cuts and Jobs Act came into effect, an EDIT balance of $139,210,958 was created on Panhandle's books."  *Id.* P 82.

[22] Compliance Filing at app. 4, Statement B.

[23] Opinion No. 885, 181 FERC ¶ 61,211 at P 367 (finding that Panhandle failed to justify the costs of the Bammel Storage and Trunkline agreement and directing Panhandle to use the costs of the rejected DTE/Washington 10 storage offer instead of the costs of the Bammel Storage and Trunkline agreement for Panhandle's cost of service).

[24] Compliance Fling at app. 4, Schedule H-1, p 5, col. (d), ln. 9.

[25] *Id.* at app. 4, Schedule H-1, p 5, col. (d), ln. 7.

to reflect the full 12 months of expenses for the DTE/Washington 10 storage offer of $3.6 million.[26]

### D. Additional Issues Raised by Ameren Companies

15. We find that Ameren Companies' remaining arguments are addressed by Panhandle's Corrected Compliance Filing.[27] While we agree that Panhandle's Compliance Filing used incorrect the billing determinants to calculate the gas allocation factors and the storage allocation factors, Panhandle corrected the billing determinants in its Corrected Compliance Filing.

16. Additionally, Ameren Companies argue that for Rate Schedule FT, the reservation amounts for the Field and Market Zones do not include overrun units and Rate Schedule EFT reservation units do not equal the sum of any billing units on Schedule J-1.[28] Upon review of the Corrected Compliance Filing, we find that Panhandle used the correct billing determinants, which exclude overrun volumes, to calculate its storage cost allocation factors. In its Corrected Compliance Filing, Panhandle used the same method for tallying billing determinants to allocate system storage costs that it used throughout the rate case.[29] This method was not challenged during the hearing and Ameren Companies cannot now challenge it here.[30]

---

[26] *See* Ex. S-0127 at 42, Ex. S-0129 at 12; *see also* Panhandle March 13, 2023 Answer at 7.

[27] Ameren Companies request that, to the extent the Corrected Compliance Filing does not resolve removal of Contract No. 19414 from the discount adjustment, the Commission direct further corrections to the Corrected Compliance Filing. We find that Panhandle's Corrected Compliance Filing resolves the removal of Contract No. 19414 from the discount adjustment, and therefore further corrections are not necessary.

[28] Ameren Companies Comments at 5.

[29] During the proceeding, the parties stipulated "[w]ithout agreeing to the exact level of reservation and commodity units, it is appropriate to allocate system storage costs for Rate Schedule EFT to the Field and Market Zones utilizing ratios of reservation and commodity units." Updated Joint Stipulation of Facts, August 18, 2020 Filing, Docket No. RP19-78-000, at No. 29.

[30] *See* Ex. PE-0001.

<u>The Commission orders</u>:

(A)    Panhandle's Compliance Filing and Corrected Compliance Filing are accepted, as discussed in the body of this order.

(B)    Panhandle shall file actual tariff records, consistent with the determinations made in this order, within 30 days of the date of this order, with an effective date of March 1, 2020.[31]

By the Commission.

( S E A L )

Debbie-Anne A. Reese,
Deputy Secretary.

---

[31] The tariff records should be filed in eTariff format as required by Order No. 714. *Elec. Tariff Filings*, Order No. 714, 124 FERC ¶ 61,270 (2008), *clarified*, Order No. 714-A, 147 FERC ¶ 61,115 (2014).

184 FERC ¶ 62,054
UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Panhandle Eastern Pipe Line Company, LP          Docket Nos. RP19-78-011
                                                             RP19-1523-012
Southwest Gas Storage Company                                RP19-257-012

NOTICE OF DENIAL OF REHEARING BY OPERATION OF LAW AND
PROVIDING FOR FURTHER CONSIDERATION

(July 27, 2023)

Rehearing has been timely requested of the Commission's order issued on May 26, 2023, in this proceeding. *Panhandle Eastern Pipe Line Co., LP*, 183 FERC ¶ 61,148 (2023). In the absence of Commission action on a request for rehearing within 30 days from the date it is filed, the request for rehearing may be deemed to have been denied. 15 U.S.C. § 717r(a); 18 C.F.R. § 385.713 (2022); *Allegheny Def. Project v. FERC*, 964 F.3d 1 (D.C. Cir. 2020) (en banc).

As provided in 15 U.S.C. § 717r(a), the request for rehearing of the above-cited order filed in this proceeding will be addressed in a future order to be issued consistent with the requirements of such section. As also provided in 15 U.S.C. § 717r(a), the Commission may modify or set aside its above-cited order, in whole or in part, in such manner as it shall deem proper.

Kimberly D. Bose,
Secretary.